UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:17-cv-2041 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. On October 13, 2017, the undersigned filed findings and recommendations concluding that plaintiff is a three strikes litigant under 28 U.S.C. § 1915(g) whose complaint does not meet the imminent danger exception. This court's recommendation that plaintiff be denied leave to proceed in forma pauperis, and instead be required to pay the full filing fee as a precondition to proceed with this action, is currently pending before the district judge. See ECF No. 3.

Plaintiff has now filed a request for extended time to file an amended complaint. See ECF No. 5. Plaintiff states that he has been delayed in the preparation of an amended complaint due to closures of the prison law library. However, as a three strikes litigant, plaintiff cannot proceed in this action unless he first pays the filing fee. Absent such payment, or the rejection of the undersigned's findings and recommendations by the district judge, plaintiff cannot proceed on his

1

1 | original complaint or an amended complaint.  Should either alternative occur, plaintiff may renew
2 | his request to proceed on an amended complaint.
3 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's request for extended time to file
4 | an amended complaint, ECF No. 5, is DENIED without prejudice.
5 | DATED:  November 13, 2017.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE