UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:17-cv-2041 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed May 2, 2018, the district judge rejected the undersigned's recommendation that plaintiff be required to pay the full filing fee in this action under the "three strikes rule" codified at 28 U.S.C. § 1915(g). See ECF No. 14. The district judge directed plaintiff to file, within thirty days, a completed application to proceed in forma pauperis together with a copy of plaintiff's prison trust account statement. Id. at 2. On June 14, 2018, after plaintiff failed to meet the district judge's deadline, the undersigned issued findings and recommendations recommending the dismissal of this action. See ECF No. 15.

Plaintiff filed timely objections to the undersigned's findings and recommendations, stating that, in April 2018, he submitted to the court two completed applications to proceed in forma pauperis and two copies of his prison trust account statement. See ECF No. 16. Plaintiff's exhibits include copies of the application and statement he filed in Brown v. Feinstein, Case No.

1

1    2:18-cv-0670 CKD P (see id. at ECF No. 4), signed by plaintiff on April 15, 2018, and completed

2    by prison officials on April 17, 2018. Cf. id. at ECF No. 4, and instant ECF No. 16 at 9-12, 17-8.

3    Plaintiff's exhibits also include an in forma pauperis application signed by plaintiff on April 17,

4    2018, and a trust account statement completed by prison officials on April 20, 2018. See ECF

5    No. 16 at 4-7, 14-5. It does not appear that these documents were filed in any of plaintiff's cases

6    pending in this court. Accordingly, the undersigned will direct the Clerk of Court to file these in

7    documents in the instant case, and finds good cause for vacating the undersigned's findings and

8    recommendations.

9    Further, the undersigned finds that plaintiff's application and trust account statement make

10    the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis

11    therefore will be granted.

12    Plaintiff will be required to pay the statutory filing fee of $350.00 for this action with

13    periodic payments. See 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be

14    assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).

15    By separate order, the court will direct the appropriate agency to collect the initial partial filing

16    fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff

17    will be obligated to make monthly payments of twenty percent of the preceding month's income

18    credited to plaintiff's trust account. These payments will be forwarded by the appropriate agency

19    to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the

20    filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

21    Accordingly, IT IS HEREBY ORDERED that:

22    1. The findings and recommendations filed June 14, 2018, ECF No. 15, are vacated.

23    2. The Clerk of Court is directed to separately file and docket in the instant case

24    plaintiff's application to proceed in forma pauperis and prison trust account statement currently

25    set forth in ECF No. 16 at 4-7, 14-5.

26    3. Plaintiff's request to proceed in forma pauperis is granted.

27    4. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff

28    is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. §1915(b)(1).

1  All fees shall be collected and paid in accordance with this court's order to the Director of the

2  California Department of Corrections and Rehabilitation filed concurrently herewith.

3          5.  This action shall proceed on plaintiff's First Amended Complaint, filed November 14,

4  2017 (ECF No. 8), which shall be screened in due course pursuant to 28 U.S.C. § 1915A.

5          IT IS SO ORDERED.

6  DATED: July 13, 2018

7  _____
   ALLISON CLAIRE

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28