UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>PURUSHOTTAMA SAGIREDDY,<br><br>            Defendant. | No.  2:17-cv-2041 KJM AC P<br><br><br>ORDER |

This prisoner civil rights action proceeds on plaintiff's First Amended Complaint against one defendant for whom electronic service of process was recently ordered. See ECF No. 22. However, in another of plaintiff's cases pending in this court, attempted service of a court order by mail was rejected due to plaintiff's death. See Brown v. Ram et al., Case No. 2:20-cv-0154 JAM KJN P, docket entry dated May 8, 2020.[1]

Because sole defendant Dr. Purushottama Sagireddy, believed to be a contract employee with the California Department of Corrections and Rehabilitation, has not yet appeared in this action, the court will request that an attorney with the Office of the California Attorney General specially appear in this case to file a formal notice of plaintiff's death and to serve such notice on any potential successor or representative.

---

[1] This court may take judicial notice of its own records and the records of other courts. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days after the filing date of this order, a California Deputy Attorney General (DAG) shall specially appear in this action and:

    1. File a formal statement noting plaintiff's death.

    2. Serve such statement on any known potential successor or representative of plaintiff who may seek to substitute as the proper party in this case in a representative capacity.  <u>See</u> Fed. R. Civ. P. 25(a)(3); <u>see</u> <u>also</u> Fed. R. Civ. P. 4 and 5; <u>Barlow v. Ground</u>, 39 F.2d 231, 233-34 (9th Cir. 1994).  Such notice must inform any potential successor or representative that a motion for substitution must be made within ninety (90) days after service of the statement noting death.  <u>See</u> Fed. R. Civ. P. 25(a)(1).

    3. File certificates of service on each potential successor or representative.

DATED: May 19, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE