UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:17-cv-2041 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, | |
| Defendant. | |

    This prisoner civil rights action was commenced by Dexter Brown, who recently died. By order filed May 20, 2020, this court directed the Office of the California Attorney General (AG) to specially appear in this action for the purpose of filing a formal statement noting plaintiff's death and serving such statement on any known potential successor or representative of plaintiff who may request substitution in this case in a representative capacity within ninety days. ECF No. 26. The AG personally served such notice and statement on a potential successor on June 7, 2020, as filed in this court on June 10, 2020. ECF No. 29.

    Sole defendant Dr. Purushottama Sagireddy filed a waiver of service in this case. ECF No. 31. Defendant Sagireddy now requests that a stay in this action be issued pending expiration of the ninety-day period authorizing substitution. ECF No. 32. The ninety-day period will

effectively conclude at the end of the day on Tuesday, September 8, 2020.[1]  If no substitution is made, defendant requests that this action then be dismissed.  ECF No. 32.  The undersigned finds defendant's requests to be reasonable and made in good faith.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action is STAYED pending further order of this court, EXCEPT that any potential successor or representative of plaintiff may request substitution in this case in a representative capacity on or before September 8, 2020.

SO ORDERED.

DATED: August 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Ninety days after June 7, 2020 is Saturday, September 5, 2020; Monday, September 7, 2020 is a legal holiday.  Under Rule 6, Federal Rules of Civil Procedure, deadlines are extended to "the end of the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(1)(C).

2