UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PURUSHOTTAMA SAGIREDDY,<br><br>　　　　Defendant. | No.  2:17-cv-2041 KJM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff Dexter Brown, now deceased, was a state prisoner proceeding pro se with this civil rights action.  On June 10, 2020, defense counsel filed a notice of plaintiff's death and informed any potential successor in interest that this action must be dismissed if a motion for substitution was not made within 90 days.  See ECF No. 29; Fed. R. Civ. P. 25(a)(1).  The 90-day period has now expired, and no motion for substitution has been filed.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.  See Fed. R. Civ. P. 25(a)(1).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

1

objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE