UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>PURUSHOTTAMA SAGIREDDY,<br><br>    Defendant. | No.  2:17-cv-2041 KJM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se who is now deceased, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 10, 2020, defense counsel filed a notice of plaintiff's death and informed any potential successor in interest that this action must be dismissed if a motion for substitution was not made within 90 days.  *See* Fed. R. Civ. P. 25(a)(1).  At the conclusion of the 90-day period, no motion for substitution was filed.  On September 10, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff's last address of record and contained notice therein that any objections were to be filed within fourteen days.  Although plaintiff's copy of the findings and recommendations was returned, service of documents at the record address of a party is fully effective.  *See* Local Rule 182(f).

/////

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 10, 2020, are adopted in full; and

2. This action is dismissed pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure.

DATED:  October 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE